## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.** 23-_____ |
| | : | |
| v. | : | **DATE FILED:**_____ |
| | : | |
| VALENTIN LUBINSKI | : | **VIOLATIONS:** |
| | | **18 U.S.C. § 2422(b) (use of an interstate** |
| | : | **commerce facility to entice a minor, and** |
| | | **attempt to entice a minor, to engage in** |
| | : | **sexual conduct – 18 counts)** |
| | | **18 U.S.C. § 2251(a) (manufacture and** |
| | : | **attempted manufacture of child** |
| | | **pornography – 18 counts)** |
| | : | **18 U.S.C. § 2(b) (willfully causing)** |
| | | **Notice of forfeiture** |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 23, 2022, in the Eastern District of Pennsylvania, and elsewhere,

defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade,

induce, entice, and coerce Minor #1, who had not attained the age of 18 years and who is known

to the grand jury, to engage in sexual activity for which any person could be charged with a

criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United

States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

1

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 23, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

**VALENTIN LUBINSKI**

employed, used, persuaded, induced, enticed and coerced Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #1 to photograph herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 28, 2022 and on or about June 29, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #2, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 28, 2022 and on or about June 29, 2022, in the Eastern

District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #2, who had not attained the age

of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the

purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully

caused the same, that is, by soliciting Minor #2 to photograph herself engaging in sexually

explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and

had reason to know that the visual depictions would be transported and transmitted using a

facility of interstate and foreign commerce and in and affecting interstate and foreign commerce,

that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

4

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 17, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #3, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

5

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 17, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #3, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #3 to photograph herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

6

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 18, 2022 and on or about June 23, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #4, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

7

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 18, 2022 and on or about June 23, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #4, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #4 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

8

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 18, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #5, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 18, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #5, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #5 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

10

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2022, in the Eastern District of Pennsylvania, and elsewhere,

defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade,

induce, entice, and coerce Minor #6, who had not attained the age of 18 years and who is known

to the grand jury, to engage in sexual activity for which any person could be charged with a

criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United

States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

11

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #6, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #6 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

12

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #7, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

13

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #7, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #7 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

14

## COUNT FIFTEEN

## THE GRAND JURY FURTHER CHARGES THAT:

On or about June 21, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #8, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

15

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 21, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #8, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #8 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

16

## COUNT SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 21, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #9, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

17

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 21, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #9, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #9 to photograph herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

18

## COUNT NINETEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 21, 2022 and on or about June 24, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #10, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

19

## COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 21, 2022 and on or about June 24, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #10, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #10 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

20

## COUNT TWENTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 23, 2022 and on or about June 24, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #11, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

21

## COUNT TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 23, 2022 and on or about June 24, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #11, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #11 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

22

## COUNT TWENTY-THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 26, 2022 and on or about June 27, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #12, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWENTY-FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 26, 2022 and on or about June 27, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #12, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #12 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

24

## COUNT TWENTY-FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 26, 2022 and on or about June 27, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #13, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

25

## COUNT TWENTY-SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 26, 2022 and on or about June 27, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #13, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #13 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

26

## COUNT TWENTY-SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 26, 2022 and on or about June 28, 2022, in the Eastern

District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade,

induce, entice, and coerce Minor #14, who had not attained the age of 18 years and who is

known to the grand jury, to engage in sexual activity for which any person could be charged with

a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18,

United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

27

## COUNT TWENTY-EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 26, 2022 and on or about June 28, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #14, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #14 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

28

## COUNT TWENTY-NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 28, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #15, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THIRTY

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 28, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #15, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #15 to photograph herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

## COUNT THIRTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 28, 2022 and on or about June 30, 2022, in the Eastern

District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade,

induce, entice, and coerce Minor #16, who had not attained the age of 18 years and who is

known to the grand jury, to engage in sexual activity for which any person could be charged with

a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18,

United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

31

## COUNT THIRTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 28, 2022 and on or about June 30, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #16, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #16 to photograph herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

32

## COUNT THIRTY-THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 28, 2022 and on or about June 29, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #17, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THIRTY-FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 28, 2022 and on or about June 29, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #17, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #17 to photograph herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

34

## COUNT THIRTY-FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 28, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

used a means and facility of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce Minor #18, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THIRTY-SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 28, 2022, in the Eastern District of Pennsylvania, and elsewhere, defendant

### VALENTIN LUBINSKI

employed, used, persuaded, induced, enticed and coerced Minor #18, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and willfully caused the same, that is, by soliciting Minor #18 to photograph and video-record herself engaging in sexually explicit conduct and transmit the images via the Internet, and defendant LUBINSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2422(b) and 2251(a), as set forth in this indictment, defendant

### VALENTIN LUBINSKI

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and

37

2253, to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____ /FOR

**JACQUELINE C. ROMERO**
**United States Attorney**

38

No._ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

VALENTIN LUBINSKI

INDICTMENT

Counts
**18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor,
and attempt to entice a minor, to engage in sexual conduct – 18 counts)
18 U.S.C. § 2251(a) (manufacture and attempted manufacture of child pornography – 18 counts)
18 U.S.C. § 2(b) (willfully causing)
Notice of forfeiture**

A true bill.

████████████████████

Filed in open court this ___Second___ day,
Of ___February___ A.D. 20 __23__

Clerk

Bail, $_____