**EXHIBIT "A"**

# Elliot L. Atkins, Ed.D., P.A.
## Clinical and Forensic Psychology

651 Route 73 North
Suite 105
Marlton, New Jersey 08053

Ph: (856) 983-6151
Fax: (856) 983-3426
elliotatkins@msn.com

January 18, 2024

Caroline G. Donato, Esquire
MacElree Harvey
17 West Miner Street
West Chester, PA 19382

Re: Valentin Lubinski

Dear Ms. Donato,

In response to your request, I have conducted a forensic psychological evaluation of your client, Valentin Lubinski, in conjunction with his current legal situation. I had the opportunity to spend approximately fourteen hours with Val since the 26th of February 2023. I have also interviewed his parents and his longtime friend, Andre Benoliel, for approximately three hours. As an adjunct to these interviews, psychometric assessment was conducted through the utilization of both objective and self-report instruments. I have had the opportunity to review the discovery materials and treatment records provided to me by your office. What follows is the report of my findings; my opinions are offered with a reasonable degree of psychological certainty.

Val presented as a single, 23 (now 24) year old male who was seen at the Federal Detention Center (FDC) in Philadelphia. Born July 21, 1999, in Romania, he was raised from three days to sixteen months of age by a foster mother. He was then brought to this country by John and Cheryl Lubinski, who eventually adopted him. John, 71, is a molecular biologist. Cheryl, 76, owns an optical practice. Raised in Malvern, Val attended both private and public schools, graduating from the Cawley Learning Center in 2018 while he was in juvenile placement. Learning issues (including dyslexia and dysgraphia) and executive functioning delays were identified when he was in the first grade, and he was diagnosed with attention deficit hyperactivity disorder (ADHD) and placed on stimulant medication when he was in the fourth grade.

Val presents with no significant medical history.

Mental health history is significant for anxiety, depression and ADHD. As a preschooler, Val was involved in a two-and-a-half-year program of physical and occupational therapy at CHOP secondary to fine and large motor skill delays. He also presents with a lengthy history of

depression and behavioral problems[1] and began receiving outpatient counseling at the age of thirteen. At fourteen, he began receiving psychiatric treatment, which included the prescription of various stimulant medications. Val reports episodes of suicidal ideation during his mid-teens and after being incarcerated at the FDC. He has been (and is continuing to be) prescribed the antidepressant medication, Remeron, and the anxiolytic medication, Buspar, by his mental health providers at the FDC.

Val presents with a significant substance use and abuse history[2]. He reports that he began drinking at the age of 11, that he was drinking on an almost daily basis by his mid-teens and on a daily basis by 21. Val reports that he began smoking marijuana at the age of 11 and that he was smoking on a daily basis by 13. He reports that he began abusing benzodiazepines when he was 14 and that he used them on a daily basis during his late teens. Val reports that he began abusing painkillers, including heroin, at the age of 12 and that he often used them on a daily basis. In 2015, he was involved in a 60 day inpatient treatment program at Caron Treatment Center. He reports that he began using cocaine at the age of 14 and that he had used it on an approximately weekly basis. Val reports that he began abusing hallucinogens at the age of 16 and that he used them on a multiple times per week basis during his mid to late teens.

Val's arrest history dates back to his mid-teens when he was designated delinquent for possession of marijuana. This was followed by a VOP for failed or missed drug tests. He consequently spent time at various juvenile facilities, including wilderness camp. Val's adult arrests were for various offenses, including assault. The charged assaults were all directed towards women he characterized as "ex-girlfriends".

## CLINICAL FINDINGS

Mental status examination revealed Val to be oriented to person, place and time. His attention, concentration and both short- and long-term memory appeared to be within normal limits. His speech was coherent, organized and goal-directed. There was no evidence of disordered thinking, such as delusions and/or hallucinations. Based upon his vocabulary and presentation of ideas, Val appears to be functioning within the high-average range of intellectual ability. His mood was depressed. His feelings of guilt, shame and remorse regarding his role in the instant offenses were palpable throughout the course of this evaluation.

Psychometric assessment was accomplished through the utilization of the Beck Depression Inventory, second edition (BDI-2), the Millon Clinical Multiaxial Inventory, fourth edition (MCMI-IV)[3], the Detailed Assessment of Posttraumatic Stress (DAPS) and the Trauma Symptoms Inventory, second edition (TSI-2).

---

[1] These issues emerged shortly after he experienced a two to three year period of sexual victimization at the hands of his babysitter. Both the specifics and the repercussions of this will be addressed below.

[2] As will be discussed below, Val's substance use likely reflected his need to manage the symptoms of his affective disorders including the deep ambivalence that he feels toward himself.

[3] Val's MCMI-IV profile was scored and interpreted by NCR Pearson, a widely utilized and highly regarded computer scoring service.

Caroline G. Donato, Esquire
Re: Valentin Lubinski
January 18, 2024
Page 3 of 12

Val's BDI-2 endorsements include feelings of sadness, pessimism, personal failure, guilt, self-dislike, self-criticism, loss of energy, hypersomnia, increased appetite, concentration difficulties and feelings of worthlessness.

Val was able to provide a valid MCMI-IV profile. Results are consistent with longstanding depression and substance use disorders. The Pearson narrative interpretation of Val's profile addresses his depression and often internalized aggressive feelings:

- attempts to fight back depressive feelings and thoughts by consciously diverting his ideas and preoccupations away from his characteristically depressive mood
- a mournful, joyless, tearful and morose emotional disposition intensified by his worrisome, pessimistic and guilt-ridden tendencies
- he may go through the motions of relating to others, but he does so with little enthusiasm
- his temperamentally-based apathy and sadness may undermine whatever capacity he may have to enjoy life
- feelings of being cheated, misunderstood and unappreciated
- chronically irritable and conflicted
- instances of irritability that are usually expressed outwardly turn to marked self-condemnation and an overall desolate state
- his discontentment and anxious, but brutal, self-abhorrence may at times turn toward a more active suicidality
- *he feels unable to adequately direct his inner rage in his typical socially destructive manner, resulting in extreme dysphoria[4]*
- *vacillation between contrition and angry outbursts are likely as he attempts to dispel and relieve even a modicum of affective strain and approximate some sense of temporary control*
- *interpersonally, this may take the form of incitements and aggressions, although they are likely to be short-lived owing to his feelings of powerlessness and hopelessness*
- *an intense conflict between his needs for nurture and care and angry self-assertion contributes to his impulsive emotionality*
- likely to be critical and bitter, he often feels like an overburdened and mistreated victim
- he may anticipate being disillusioned by others and for this reason often behaves in an irritable manner, thereby creating the expected disappointment
- *his personal relationships are likely to be tenuous and occasionally turbulent*
- *a low tolerance for frustration may also be notable as is a vacillation between feeling distraught and self-critical and being contentious and unruly*

---

[4] Italicized test findings are those that I find to be particularly relevant to both Val's past assaultive behavior and the instant offenses.

Caroline G. Donato, Esquire
Re: Valentin Lubinski
January 18, 2024
Page 4 of 12

- *it is likely that he struggles with opposing impulses to act out and to restrain his resentment*
- at times, feeling cared for by others and, other times, discarded by them, he often exhibits a moody and brooding disposition that induces others to react in a similarly inconsistent manner
- a tendency to be invariably pessimistic and to give the gloomiest interpretation of events
- *he tends to reactivate incidents from the past*
- *upsetting the usual ease with which he discharges his anger and resentment, there is likely to be unresolved inner conflicts that rise to the surface*
- *he exhibits an erratic sequence of restlessness and excitability that is characterized by hostile behavior*
- *he is likely to be distractible, subject to tantrums and interpersonally disruptive*
- *if provoked, he may explode into uncontrollable rages unleashing torrents of abuse and contempt on those near him*
- *feeling trapped and powerless to control surging inner tensions, he may experience periods of self-loathing interspersed with moments in which he acts out defiantly and then abruptly curtails his outbursts for fear of jeopardizing his situation further*
- *the provocative qualities of his depressive condition may serve as a vehicle to discharge his tension, while momentarily reestablishing his self-assurance and relieving him of his mounting resentment and anger*

The Pearson narrative interpretation of Val's MCMI profile also addresses his tendency to self-medicate the above-outlined symptoms of depression and resentment through the utilization of chemical substances:

- *prompted largely by feelings of self-disillusionment and deep resentment toward others, recurrent periods of alcohol abuse appear to be a major problem*
- *during these times, his chronic level of anger and irritability is likely to become greatly aggravated and may lead to irrational accusations and physical intimidation*
- in more sober periods, his drinking primarily serves to moderate the deep ambivalence he feels toward himself, his relationship with others and his lot in life
- a strong self-destructive aspect of his drinking compels him to undermine both himself and others
- *often irritable, edgy and hostile, he may use drugs to resolve his conflicts and moderate his tensions*
- *drugs may relieve whatever guilt he may be experiencing over the full and direct manner in which he discharges his hostile impulses*
- *his (substance-related) resentful behavior is often combined with self-destructive tendencies*

Val was able to provide a valid DAPS profile. Results are consistent with Posttraumatic Stress Disorder (PTSD) as he met all five criteria trauma exposure, feelings of fear, helplessness or horror, re-experiencing of the traumatic events, avoidance, hyper arousal and impairment in daily functioning. The identified traumatic event was his sexual victimization at the hands of his babysitter. Results reflect:

- being plagued by recollections of the traumatic events
- a loss of control over internal experiences
- dissociative tendencies
- a tendency to reduce his interaction with the interpersonal world
- elevated levels of anxiety and irritability
- symptoms interfere with the ability to function on a daily basis
- distracted, emotionally shut down and out of touch with his immediate environment
- likely to have serous alcohol and/or drug problems
- suicidal ideation

Val was able to provide a valid TSI-2 profile. The results are also consistent with PTSD. Results reflect:

- ambivalence, insecurity and problematic interactions with others
- a lack of a stable, ongoing model of self or identity
- flashbacks, nightmares, intrusive or triggered memories of the traumatic events
- cognitive or behavioral avoidance of reminders of previous traumatic events
- hyperalertness, hyperarousal and dissociative symptoms
- *prone to exhibit problematic, self-destructive or aggressive behaviors as a way to deal with overwhelming internal (often trauma-related) states*
- diminished affect regulation capacities
- *"acting-out" behaviors representing behavioral avoidance, distraction and/or tension reduction*
- fearful preoccupations
- feelings of hopelessness and worthlessness
- a tendency to isolate
- a tendency to suppress or eliminate painful memories from awareness or avoid stimuli in their environment that might re-stimulate such thoughts or memories
- distractibility
- feeling out of touch with his emotions and sense of self
- suicidal ideation
- lack of self-confidence and self-knowledge
- a likelihood of childhood maltreatment
- *a tendency to externalize and/or reduce distress through self-destructive or self-injurious behaviors or aggression*

- avoidance of interdependent relationships
- the experience of anger as being intrusive and unwanted and the tendency to see their angry thoughts or behaviors as not being entirely within their control

## DIAGNOSTIC IMPRESSIONS

Diagnostically, Val meets the DSM-5-TR[5] criteria for:

**Posttraumatic Stress Disorder**
**Major Depressive Disorder**
**Alcohol Use Disorder (in remission)**
**Cannabis Use Disorder (in remission)**
**Benzodiazepine Use Disorder (in remission)**
**Cocaine Use Disorder (in remission)**
**Hallucinogen Use Disorder (in remission)**
**Opiate Use Disorder (in remission)**
**Attention Deficit Hyperactivity Disorder (by history)**

More specifically, Val meets the following criteria for Posttraumatic Stress Disorder:

- The presence of the following intrusion symptoms associated with the traumatic event, beginning after the traumatic event occurred:

  - Recurrent, involuntary, and intrusive distressing memories of the traumatic event
  - Recurrent distressing dreams in which the content and/or affect of the dream are related to the traumatic event
  - Dissociative reactions (e.g., flashbacks) in which the individual feels or acts as if the traumatic event were recurring
  - Intense or prolonged psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event
  - Marked physiological reactivity on exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event

- Persistent avoidance of stimuli associated with the traumatic event, beginning after the traumatic event occurred, as evidenced by one or both of the following:

  - Avoidance of or efforts to avoid distressing memories, thoughts, or feelings about or closely associated with the traumatic event
  - Avoidance or efforts to avoid external reminders (people, places, conversations, activities, objects, situations) that arouse distressing memories, thoughts, or feelings about or closely associated with the traumatic event

---

[5] The American Psychiatric Association's Diagnostic and Statistical Manual, Fifth Edition – Text Revision

- Negative alterations in cognitions and mood associated with the traumatic event beginning or worsening after the traumatic event occurred, as evidenced by the following:

    - Inability to remember an important aspect of the traumatic event
    - Persistent and exaggerated negative beliefs or expectations about oneself, others or the world
    - Persistent distorted cognitions about the cause or consequences of the traumatic event that lead the individual to blame himself
    - Persistent negative emotional state
    - Markedly diminished interest or participation in significant activities
    - Feelings of detachment or estrangement from others
    - Persistent inability to experience positive emotions

- Marked alterations in arousal and reactivity associated with the traumatic event, beginning or worsening after the traumatic event occurred, as evidenced by the following:

    - Irritable behavior and angry outbursts (with little or no provocation) typically expressed as verbal or physical aggression toward people or objects
    - Reckless or self-destructive behavior
    - Hypervigilance
    - Exaggerated startle response
    - Problems with concentration
    - Sleep disturbance

- Duration of disturbance is more than one month

- The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning

More specifically, Val meets the following criteria for Major Depressive Disorder:

- depressed mood most of the day, nearly every day
- markedly diminished interest or pleasure in almost all activities
- insomnia
- psychomotor agitation
- feelings of worthlessness or excessive guilt
- indecisiveness
- feelings of hopelessness
- self-deprecation
- recurrent thoughts of death; recurrent suicidal ideation

## VAL'S SEXUAL VICTIMAZATION AT THE HANDS OF HIS BABYSITTER

Approximately halfway through this evaluative process, Val informed me that he had been molested by his teenage female babysitter[6], K▮, for two to three years when he was between the ages of seven and ten. He told me that he had discussed these events[7] with his close friend, Andre, a counselor at rehab and with his former girlfriend, Kayla. Val also told me that he had unsuccessfully attempted to bring this to his parents' attention when he was younger. His mother told me that she does not remember this, but she did tell me that, on two occasions, she came home unexpectedly and caught K▮ "snuggling under a blanket" with her son. Val told me:

> K▮ would force oral sex on me, then force me to lick her vagina and her breasts. I would tell her, "No.", but she would do it anyway. This happened every time she came over. Initially, I was really uncomfortable. Although it felt gross at first, over time, a part of me started to like it. She told me that we were going to get into trouble if I said anything. That's why I didn't say anything while it was happening or for a long time afterwards. She scared me. I never wanted it to happen to begin with; I was both relieved and confused when she suddenly stopped doing this after years. I was also confused when, after it stopped, I wanted it to continue. I did ask her to go back to doing it again. She refused. I never had a say over when it started or when it stopped happening. This is hard to talk about.

Val later added:

> Maybe this is one of the reasons why I put my hands on my former girlfriends and what I did to those girls (regarding the instant offenses). I don't hate women, but I have major trust issues with females. I wasn't able to maintain healthy relationships with the girls my own age. I spent an awful lot of time with prostitutes – I wanted them all to be at least ten years older than me, and they were.

The scientific literature on female sexual offenders is quite small. However, Jacqui Saradjian, in her chapter "Understanding the Prevalence of Female-Perpetrated Sexual Abuse and the Impact of that Abuse On Victims" in Gannon and Cortoni's 2010 book, Female Sexual Offenders, comprehensively addressed this topic. She noted:

---

[6] K▮ was also Val's neighbor throughout his developmental years. Although Val did not know K▮ specific age, he did know that she was "old enough to drive".

[7] Val also discussed these victimization experiences with his mental health providers at FDC on at least four occasions beginning in February 2023.

> It is believed that sexual abuse of children by women is less damaging to the victims. This is not supported by the research. While there have been few studies that review the victims' experiences of being sexually abused by a woman, those studies that are available emphasize the damage to victims… the culture of denial has powerful implications for the victims of female sexual offenders. The impact of any form of sexual abuse depends less on the actual event and more on how it is perceived and appraised by the victim. Society's continuing denial and minimization of that abuse is likely to exacerbate the impact of the abuse on the child.

The author described five traumagenic dynamics that cause the myriad of symptoms that are seen in children who experience childhood sexual abuse at the hands of females: traumatic sexualization, betrayal, stigmatization, powerlessness and identity problems. Regarding *traumatic sexualization*, the author states:

> For victims of female sexual abusers, the trauma will be greater as it is so unexpected that women will behave in this way. As women are seen as nurturers and carers, there is often a considerable confusion between sex and nurturance. This can lead the victim to be vulnerable to behaving sexually with other children and to develop a polymorphic sexuality and or sexual promiscuity… There is an even greater belief in the victim that it is something about the victim that caused the woman to behave in such an uncharacteristic way. In such contexts, victims can develop a belief that they caused the assaults and may develop a fear of human contact. Many feel that they cannot form close intimate relationships of any kind and may be particularly unable to engage in sexual relationships.

Regarding *betrayal*, the author states:

> The sexual abuse of a child is almost always the betrayal of a relationship of trust. This is especially significant when the perpetrator is a woman who is construed as being a protector and nurturer… The impact of betrayal leaves the child with intense feelings of anger and mistrust that can border on paranoia and that can be expressed in various ways including physical and sexual violence. The reaction to betrayal can also involve manipulating others or maintaining the mistrust by engaging in further exploitative and damaging relationships.

Regarding *stigmatization*, the author states:

> Sexual victimization leaves victims feeling different from their peers and damaged, including feelings of shame and guilt, especially in relation to disclosure. Such feelings can lead to the individual withdrawing from others and experiencing isolation and alienation. This can also lead to self-destructive behaviors such as substance abuse, risk taking, self-harm and suicidal acts as well as behavior designed to elicit punishment. To be sexually abused by a woman in a society which sees such abuse as extremely unusual will increase the likelihood of stigmatization and the associated feelings of shame and guilt... Many male adolescents sexually abused by women are considered by some in society to be "lucky". Influenced by these beliefs, some adolescent males initially perceive the abuse as benign or even in a positive light. (Studies have found) more adjustment problems among men who recalled an initial positive or mixed perception of the abuse than among men who recalled purely negative initial perceptions... The highest risk of sexual problems, substance abuse and self-harm was found in those men who reported that the experience with the older person had been consensual, particularly among men who reported consensual sex with an older person before age 16.

Regarding *powerlessness*, the author states:

> When a child experiences victimization by a woman in a society which does not accept the reality or extent of that form of abuse, the child has an increased sense of powerlessness. The impact of the powerlessness engendered by the abuse includes a terror of vulnerability and a perceived need to be in control. This can lead to identification with the perpetrator and an increased likelihood of aggression and exploitation towards others... When unable to manage the negative emotions by avoidance strategies, the victim can experience anxiety which includes phobias, sleep problems and other related issues such as eating disorders and obsessive-compulsive disorder.

Regarding the *effect on identity*, the author states:

> (Studies have found) that sexual assault affects both the development of the self and social functioning of the child and influences the child's developing sense of identity. The younger the child is when the abuse begins... the more damaging the abuse is likely to be to the developing self. Victims of female sexual offenders tend to be younger (on average 5.84 years) compared with victims of males (8.58 years).

CONCLUSION

There is no question that Val has accepted full and complete responsibility for the choices and decisions that he made relative to the instant offenses. As stated above, he continues to experience feelings of guilt, shame and remorse regarding those choices and decisions and the effect that they had on his victims. I am not offering my findings in an attempt to excuse, minimize or justify Val's actions; it is my intention to provide a more complete picture of Val to contextualize these actions.

Despite being welcomed into a loving and supportive adoptive family, Val's developmental years were unfortunately also shaped by the sexual trauma and abuse he experienced at the hands of his babysitter. He turned to alcohol and chemical substances at an early age (not long after the discontinuation of the abuse) in an attempt to numb the omnipresent confusion and emotional pain that his babysitter caused. His struggles with alcohol and substance abuse continued throughout his young life, culminating in problems with the legal system.

The results of this evaluation are consistent with the scientific literature in describing Val's traumatic sexualization, feelings of betrayal, stigmatization, feelings of powerlessness and damaged sense of self. The Pearson narrative interpretation of Val's MCMI-IV profile is consistent with the scientific findings as it describes his persistent efforts to *seek an escape from this psychic pain*, including his *inability to adequately direct his inner rage*, his angry outbursts in an attempt to *dispel and relieve his inner emotional distress*, his intense conflict between his needs for *nurturance and angry self-assertion*, his struggle with opposing impulses to act-out and *restrain his resentment*, his tendency to *reactivate incidents from the past*, his tendency to *discharge his anger and resentment resulting from his unresolved inner conflicts*, as well as his feelings of *powerlessness to control his surging inner tensions*.

The instant offenses represented not only an opportunity for Val to discharge his longstanding feelings of victimization and resentment, but also to symbolically allow himself to feel that he was taking back the power and control that he had been robbed of during those important formative years. It is likely not coincidental that the victims of Val's extremely disturbing behavior in this case ranged in age from his own age at the time of the victimization up to his victimizer's approximate age at that same time. His manipulation and exploitation of these girls likely represented an attempt to work through the many unresolved issues resulting from that trauma, most particularly his feelings of powerlessness and betrayal. It is also likely that his sexual attraction to underage girls was secondary to paraphilic fantasies he developed as a result of the victimization. Although maladaptive and misguided, these fantasies and behaviors may have represented an attempt to heal from the trauma of the abuse.

Although Val did have girlfriends his own age, he found himself struggling to maintain a healthy emotional and intimate relationship with them. His sexual relationships were primarily with older women – prostitutes – with whom he could exercise complete control over when the sexual activity would begin and end. Like his abuse of chemical substances, Val's use of prostitutes was excessive and compulsive. The most poignant example of his addictive behavior

is found in Val's offense-related conduct. His conversations with the young girls were constant, repetitive, overlapping and unrelenting. And, as with the older prostitutes, he maintained total control over both the inception and the conclusion of these sexual interactions.

Although multiple mental health and substance abuse interventions were attempted, Val remained depressed and overwhelmed by both his internalized and externalized resentment as well as by his feelings of victimization, powerlessness, helplessness and loss of control. He certainly never received appropriate treatment for the debilitating and intrusive symptoms of the posttraumatic stress disorder that developed in response to the ongoing abuse he suffered at the hands of his babysitter. These experiences left him with confusion and conflicting emotions about relationships and attraction. His relationships, particularly his relationships with the victims of both his past and present offenses, reflect this confusion. There is no question that his current legal situation exemplifies the consequences of this escalating, dangerous and untreated emotional trajectory.

There is no question that Val would benefit from an ongoing program of individual psychotherapy directed towards his longstanding depressive and posttraumatic stress disorders. His treatment should also be directed towards the development of healthier and more constructive methods for managing the symptoms of these disorders in place of his reliance upon chemical substances. With such treatment, the likelihood of recidivism would be significantly reduced.

The results of this evaluation also make clear the extent to which the often-debilitating symptoms of Val's depressive and posttraumatic stress disorders led to his reliance upon alcohol and chemical substances as a form of self-medication. While his offense-related choices and decisions were made during active periods of chemical abuse, I am not in the position to provide a definitive opinion as to the extent to which these substances influenced these choices and decisions.

Thank you for the opportunity to work with you in this matter. Feel free to call with any questions or need for discussion.

Respectfully,

Elliot L. Atkins, Ed.D.
Licensed psychologist