**EXHIBIT "B"**

OCT 0 7 2024

# Elliot L. Atkins, Ed.D., P.A.

Clinical and Forensic Psychology

651 Route 73 North
Suite 105
Marlton, New Jersey 08053

Ph: (856) 983-6151
Fax: (856) 983-3426
elliotatkins@msn.com

September 16, 2024

Caroline G. Donato, Esquire
MacElree Harvey
17 West Miner Street
West Chester, PA 19382

Re: Valentin Lubinski

Dear Ms. Donato,

This letter represents a supplement to my January 18, 2024 report of my forensic psychological assessment of Val. You asked that I memorialize my June 6, 2024 interview of Val that was directed towards an exploration of his parents' and his own history of addictive behaviors. I am also including my discussion of hypersexuality, as Val clearly presents with a history of sexual addiction. This exploration is also directed toward an understanding of the impact of Val's addiction and hypersexuality on his development and current life. Hopefully this information will serve to inform a treatment path geared towards a healthier lifestyle and a reduction in the risk of recidivism.



Caroline Donato, Esquire
Re: Valentin Lubinski
September 16, 2024
Page 2 of 10



### Val's history of alcohol and drug addiction

Val told me that the first time he tried alcohol was when he was 12 years old, adding, "I drank 7 or 8 of their Coronas from the refrigerator. I got drunk. I was with a really close friend and we were having a really good time, so it was a really good experience". He told me that after his parents found out about this, they told him that it is wrong to steal. He added that they started trying to hide the beer. Val told me the message was that it was OK for me to drink as long as I asked permission or had my friends buy me the beers. He told me that he moved on to hard liquor by the age of 14, that he was drinking on a daily basis by 16 and that he was drunk nearly every day. He told me that, for some reason, his parents would hide the beer but not the liquor. There was a cycle of their hiding alcohol and then their becoming lax about it.

Val told me that the only time that he really attempted to *not* drink was during the early stages of that first rehab: "It was really hard. I didn't take the tools home with me. I stuck around with the same people. I had to go to IOP. I was sober for less than two months."

Val told me that he started smoking marijuana at the age of 11 and that he was smoking on a daily basis by 12. He told me that when he had relapsed at age 16, he relapsed for both alcohol and marijuana.

Val told me that, by the age of 13 or 14, he began abusing painkilling and anxiolytic medications and that he tried the best he could to "make it a daily habit". He said he had clearly become addicted by 15 or 16. He said that almost every experience with alcohol and pills became a blackout experience, commenting, "I've forgotten large periods of my life".

He told me that he began using cocaine at the age of 15 or 16 and that he had been using it on a daily basis by 18 or 19. He told me that he occasionally used heroin, fentanyl and meth. He began injecting the cocaine, heroin and fentanyl in his legs by his late teens. Val reported that he began using inhalants – nitrous oxide – at the age of 17, a pattern that continued until the time of his arrest for the instant offense.

In 2020, he had a 90 day inpatient stay at Gaudenzia, commenting that he had relapsed within two weeks of being placed in a recovery house. He also spoke of his two rehab

experiences at West Chester House and Pyramid Langhorne, commenting that the only time he ever entered rehab with the intention of becoming sober was with his first rehab.: "The other times I was forced to go. I didn't want to get better. I just wanted to keep doing drugs". In response to my questioning, he told me that the only time there was ever a family session was the one at his first rehab.

Val told me that he discussed his substance addiction issues with Dr. Huseman. He commented, "I think I switched addictions. I eat and work out a lot."

## Val's history of sexual addiction

Val told me that his viewing of pornography and his drinking began at approximately the same time – age eleven(shortly after K       stopped abusing him). He told me that he was viewing porn on a daily basis by 12 or 13. He told me that he had unsuccessfully tried to stop on several occasions because, "I was masturbating too much – at least a couple times a day – but I couldn't go more than a few days without viewing it."

Val told me that the first child pornographic images he viewed were those of the girls "I was asking for nudes". He stated that he preferred girls in their low teens who were his own age. Other than those images, "Child pornography wasn't my thing. I wanted to get the pictures myself." He told me that he attempted to get these images every day and that he was successful 4 or 5 days a week, adding, "That went on until I came here. I never stopped for more than a month or two."

Val told me that he started seeing prostitutes when he was 19 or 20 and that they were all much older than himself. He told me, "It was really bad in the 8 months or so before I came here; I was seeing prostitutes maybe three or four times a day." He added that, prior to that, it was "a couple times a week". In response to questioning, he told me that, while he was seeing prostitutes, his asking the girls for pictures slowed down, but never stopped. He added, "I was also trying to get pictures of older women as well." In response to questioning, he also told me that he had never become attached to either the young girls or the prostitutes, adding "I just wanted more. I was on overload. It was really bad." Val also told me that his drug and alcohol use did not decrease during these periods of hypersexuality.

## Sex addiction/hypersexuality

Sexual addiction, also known as hypersexuality, can be defined as an addictive disorder in which the activity that is used addictively is some form of sexual behavior. The underlying addictive process is shared by all addictive disorders. Psychological research supports the relationship between psychoactive substance use addiction and hypersexuality[1]. An individual diagnosed with either one of these disorders is at a significantly higher risk for comorbidity with

[1] e.g., Goodman, 1993

the other disorder[2]. This addictive process has been defined, for example, as the compulsive dependence on external actions as a means of regulating one's internal states. Consequently, sexual addiction is considered to be a disorder in which sexual behavior can simultaneously function as something that produces pleasure, on the one hand, and provides escape from internal pain, on the other.

As with other types of addiction, sexual addiction involves a recurrent failure to control sexual behavior and the continuation of that behavior despite significant harmful consequences. The research suggests that environmental factors, most particularly childhood sexual victimization, interfere with self-regulatory functions such as self-care, self-soothing, self-protection, mood regulation and self-governance[3]. These earlier environmental events have the potential to lead to feelings of shame, guilt, rage and loneliness and leave the individual without a clear sense of identity or self-direction. Such individuals are at risk of becoming easily overwhelmed and of experiencing pervasive threats to their very existence. Their hypersexuality functions as a form of mental and behavioral self-protection directed towards the avoidance of such a catastrophe. Hypersexual individuals attempt to ward off these painful emotional states by engaging in a rewarding activity such as consuming alcohol, ingesting drugs or some form of sexual behavior.

Hypersexuality has also been considered to be on the impulsive-compulsive spectrum[4]. Initially, the impulsive component, such as self-gratification, leads to a sexual behavior that is followed by the compulsive component, such as the need for the continuation or persistence of the sexual behavior. Research has shown that individuals with a sexual addiction initiated sexual behavior at an earlier age and had a higher frequency of sexual experiences than those who were not hypersexual. The psychological literature has also shown that a dysfunctional attachment during childhood is a significant precursor for hypersexuality. Studies[5] have shown that such negative childhood experiences are likely to have an adverse impact upon the child's eventual behavioral and emotional development and to increase the likelihood of developing a sexual addiction.

Indicators of sexual addiction include out of control sexual behavior, an inability to stop that behavior, the pursuit of high-risk behaviors, a desire to limit the sexual behavior, the use of this behavior as a primary coping strategy, severe mood changes, the seeking of new sexual partners, paying for sexual services, excessive time spent engaging in sexual activity and excessive time spent recovering from that activity.

Consistent with the results of my evaluation of Val, Kanis, et al, (2014) described The cognitive and emotional symptoms of hypersexuality as including:

- obsessive thoughts of sex

[2] Garcia and Thibaut, 2010
[3] Goodman, op cit
[4] Karila, et al, 2014
[5] e.g., Slavin, et al, 2021

- feelings of guilt about excessive sexual behavior
- the desire to escape or suppress unpleasant emotions
- loneliness
- boredom
- low self-opinion
- shame
- secrecy regarding sexual behaviors
- rationalization about the continuation of sexual behaviors
- indifference toward a regular sexual partner
- a preference for anonymous sex
- a tendency to disconnect intimacy from sex
- an absence of control in many aspects of life

The authors also spoke of other features of sexually addictive behavior including multiple partners, the compulsive use of the Internet for sexual purposes and engagement in a variety of other high risk behaviors, such as alcohol and illicit drug abuse. These findings are clearly consistent with Val's behaviors, in general, and his offense-related behaviors, in particular.

**Sexual addiction as a consequence of childhood sexual victimization**

In my January 18, 2024 report, I addressed the nexus between Val's offense-related actions and his childhood sexual victimization at the hands of his teenaged caretaker/babysitter. The psychological literature provides valuable information in support of this nexus. Research findings are consistent in their documentation of the extent to which hypersexuality has been found to be a consequence of childhood sexual victimization. Such experiences frequently lead to difficulties in regulating sexual desire and behavior and in successfully engaging in intimate relationships. Hypersexual behavior is seen as a means of coping with stress and escaping emotionally from these painful childhood memories. Schwartz and Galperin (2002) noted:

> Childhood trauma can influence the bonding between the caretaker
> and the child and thereby structure the stress response threshold.
> The capacity to utilize others as as a form of self-soothing is
> determined by early attachments and also is critical to one's
> response to developmental stresses. The quality of early
> attachments strongly affects the capacity for adult intimacy. Early
> trauma and dissociative reactions have systematic effects on
> arousal, desire and pair-bonding.

Earlier, Schwartz and Masters (1994) noted:

> Frequently, men and women who are sexually and physically
> abused present clinically with compulsive repetitive reenactment
> of early trauma in their sexual imagery and/or behavior. Utilizing a

> post-traumatic stress model, compulsive behavior is understood as
> a natural response to early trauma, which is later maintained by the
> association with release and pleasure, as well as becoming a
> habitual means of coping with stress.

In his study of hypersexuality, Perrotta (2023) noted:

> The concept of hypersexuality is understood as a psychological
> and behavioral alteration as a result of which sexually motivated
> stimuli are sought in inappropriate ways and often experienced in a
> way that is not completely satisfactory.

The author opined that hypersexuality becomes pathological when the subject experiences
clinically significant discomfort concerning his sexual conduct, that the conduct does not always
correspond to the satisfaction of one's sexual desire, that there are recurrent and intrusive
fantasies and thoughts and an inability to control one's sexuality despite the negative
consequences resulting from it. His research on hypersexuality also noted:

- a tendency to tolerate sexual activity (sexual intercourse is less and less satisfying)
- the appearance of withdrawal symptoms in the absence of sexual activity, such as
  rumination, anxiety and guilt
- difficulty in reducing or controlling sexual behaviors, such as compulsive
  masturbation, seeking sexual stimulation through the Internet and social networks,
  cyber-sex practices, promiscuous multiple and/or casual sexuality
- disinterest in the risk of contracting sexual diseases through unprotected sexual
  contact or prostitution
- the use of more and more considerable time aimed at seeking partners
- the reduction of time devoted to other activities (sociality disappears in favor of
  sexual activity)
- the act is perpetrated despite the fact that it entails negative consequences more or
  less impacting the subject's personal and social life
- degeneration of behavior into reckless, socially objectionable or illicit sexual activity
- substance abuse

Slavin, et al (2020) studied the association between sexual abuse and hypersexuality and noted:

> Histories of sexual abuse have been linked to problematic sexual
> behaviors, including hypersexuality, sexual compulsivity, out of
> control sexual behavior, or sexual addiction... According to the
> traumagenic dynamics model, sexual abuse survivors may develop
> problematic sexual scripts that shape their beliefs and guide their
> decisions regarding sexual behaviors. Attachment theories posit
> that individuals develop internal working models from their early
> experiences with caretakers influencing their self concept and

Caroline Donato, Esquire
Re: Valentin Lubinski
September 16, 2024
Page 7 of 10

> sexual behaviors. Other theorists have suggested that child sexual
> abuse survivors may use sex as a means of attempting to take back
> control lost in childhood. Lastly, some childhood sexual abuse
> survivors may engage in frequent sexual encounters as a means of
> regulating psychological distress and coping with trauma-related
> symptoms.

The authors also noted:

> Additionally, although sexual abuse survivors may be at a greater
> risk than the general population of developing hypersexuality, they
> are also more prone to developing other sexual concerns, including
> sexual abuse perpetration, shame, guilt and anxiety.

The authors also indicated that, since the abuse may have been conducted in the absence of
physical force or violence:

> It may prevent the child from understanding the real power
> differential that exists between the child and adult, leading the
> child to engage in more self-blame and confusion surrounding
> sexual arousal, leading to sexual ambivalence.

Fontanesi, et al (2021), in their study of hypersexuality and trauma, concluded:

> We found the relationship between hypersexuality and trauma
> describing a possible etiological pathway mainly involving
> depression, shame and guilt. Hypersexuality can be considered as a
> reactive form of a major affective psychopathology representing a
> tip of the iceberg hiding the real issues of a suffering personality.
> Clinicians and researchers should therefore consider hypersexual
> behavior in the light of a symptomatic manifestation of a major
> psychopathology involving the affective aspects of personality.

**Conclusion**

My review of the psychological literature corroborates and provides support for the
opinions about Val offered in my initial report. This supplemental report is necessary as it adds
additional insight which will serve to inform a treatment path as well as an analysis of Val's
likelihood of recidivism. These findings from the literature include:

- the comorbidity of substance use addiction and hypersexuality
- that sexual behavior can provide an escape from internal pain

- that a dysfunctional attachment during childhood can be a significant precursor for hypersexuality
- that sexual victimization interferes with self-regulatory functions such as self-care, self-soothing, self-protection, mood regulation and self-governance
- that sexual victimization has the potential to lead to feelings of shame, guilt, rage and loneliness and to leave the individual without a clear sense of identity or self-direction
- that hypersexuality functions as a form of mental and behavioral self-protection directed toward the avoidance of a catastrophic threat to one's very existence
- that features of sexually addictive behavior can include multiple partners, the compulsive use of the Internet for sexual purposes and engagement in a variety of other high-risk behaviors, such as alcohol and illicit drug abuse
- that sexual abuse victims present clinically with compulsive, repetitive reenactment of early trauma in their sexual imagery and/or behavior
- that compulsive sexual behavior is understood as a natural response to early trauma
- that sexual abuse survivors may develop problematic sexual scripts that shape their beliefs and guide their decisions regarding sexual behaviors
- that individuals develop internal working models from their early experiences with caretakers influencing their self-concept and sexual behavior
- that the childhood sexual abuse experience may prevent the child from understanding the real power differential that exists between the child and the abuser, leading the child to engage in more self-blame and confusion surrounding sexual arousal

My recent interview with Val also corroborates and provides additional support for the opinions I offered in my initial report. The new information, along with my review of the scientific literature that I am providing in this supplemental report, reiterates, as well as supplements, my earlier opinions. This includes:

- that he grew up in a household where the overuse of alcohol was pervasive
- that his developmental years were also shaped by the ongoing sexual trauma and abuse he experienced at the hands of his babysitter
- that these experiences led to his development of a significant posttraumatic stress disorder as well as to drug and sexual addiction
- that he turned to alcohol and chemical substances at an early age in an attempt to numb the omnipresent confusion and emotional pain resulting from his victimization experiences
- that these traumatic experiences led to feelings of betrayal, stigmatization, powerlessness and a damaged sense of self
- that the results of psychological testing underscore his persistent efforts to seek an escape from this psychic pain, including his inability to adequately direct his inner rage, his intense conflict between his needs for nurturance and angry self-assertion, his struggle with opposing impulses to act out and restrain his resentment, his tendency to reactivate incidents from the past, his tendency to discharge his anger and

> resentment resulting from his unresolved inner conflicts and his feelings of
> powerlessness to control his surging inner tensions
> 
> - that the instant offenses represented an opportunity for him to discharge his
>   longstanding feelings of victimization and resentment and to symbolically allow
>   himself to feel that he was taking back the power and control that he had been robbed
>   of during those important formative years
> - that his manipulation and exploitation of the girls, as well as his use of prostitutes
>   likely represented an attempt to work through the many unresolved issues resulting
>   from his sexual victimization, most particularly his feelings of powerlessness and
>   betrayal as he could be in the position to exercise complete control over when the
>   sexual activity would begin and end

My recent interview of Val provided me with new information regarding the extent to
which his parents provided him with an environment of dysfunctional alcohol use and abuse that
set the stage for his own addictive behavior. He grew up around such pervasive addictive
behavior that he came to believe that it was normal. Their failure to attend to his complaints
about his sexual victimization experiences also reinforced his feelings of helplessness and further
propelled him towards his own trajectory of addiction. His parents not only failed to address the
traumatic abuse that their son had been experiencing, they also failed to respond to his need for
them to modify their drinking behavior.

Unfortunately, Val's parents were not the only ones to miss the opportunity to intervene
and to attempt to reverse his extremely self-destructive trajectory of addiction. Val's frequent
involvements with the mental health and juvenile justice systems represented ample
opportunities to address his obvious psychiatric and behavioral problems. Apparently, neither
Val, his parents nor his treatment providers recognized that his development and his behavior
were abnormal. They were not provided with the requisite historical and observational
information that would have guided their treatment of Val. Consequently, he was left to his own
devices. Now that so much information has come to light, a real opportunity for effective
treatment as well as for the reduction of the risk of recidivism, exists. Much of this new
information has been addressed in Dr. Haworth's recent report and has provided a basis for his
extremely constructive recommendations for Val's treatment going forward.

I am hopeful, Ms. Donato, that the above supplement has served to provide you with a
better understanding of the opinions and conclusions that I offered in my earlier report regarding
Val's offense conduct. In my earlier report, I wrote that I was not in the position to provide a
definitive opinion regarding the extent to which Val's substance addictions influenced his choices
and decisions. With the new information that has come to light, I can confidently state that the
confluence of Val's substance addiction with the critical factors of trauma and hypersexuality has
served to significantly contribute to these choices and decisions. It is with an understanding of
this complex entanglement that Val and his treatment providers will now be able to work in
concert to address these critical factors and, consequently, offer him the hope of a successful
future. Such informed treatment should ensure a healthy life for Val, and, in turn, help him

overcome the effects of his early trauma and reduce the likelihood of both substance and sexual addiction.

I am also hopeful this supplement will aid you in your efforts to achieve a constructive resolution of Val's legal situation.

Respectfully,

Elliot L. Atkins, Ed.D.,
Licensed Psychologist